UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CITY OF WEBSTER GROVES, MO., | ) |
| Plaintiff, | ) |
| v. | ) No. 18CV1910 RLW |
| CCATT, LLC, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the parties' Joint Motion to Stay. (ECF No. 24) The parties request the Court stay the case pending the Court's resolution of Plaintiff's Motion to Remand. (ECF No. 20) In the interests of judicial economy and to preserve parties' resources, the Court will stay this case pending resolution of the City's Motion to Remand.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Stay (ECF No. 24) is **GRANTED** and the case is **STAYED** pending the Court's resolution of Plaintiff's Motion to Remand. (ECF No. 20)

**IT IS FURTHER ORDERED** that the Order Setting Rule 16 Conference (ECF No. 19) is **VACATED** and the Rule 16 Conference, previously set for January 4, 2019, is **CANCELED**.

Dated this 20th day of December, 2018.

_Ronnie L. White_
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**